UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT SCOTT BATCHELAR, | : | Case No. 3:15-cv-01836-AWT |
| Plaintiff, | : | |
| v. | : | |
| INTERACTIVE BROKERS, LLC, | : | |
| INTERACTIVE BROKERS GROUP, INC., | : | |
| and THOMAS A. FRANK, | : | |
| Defendants. | : | August 31, 2020 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF DISCOVERY DISPUTE**

Defendants Interactive Brokers LLC, Interactive Brokers Group, Inc., and Thomas A. Frank respond as follows to Plaintiff's Notice of Discovery Dispute (ECF No. 169).[1]

Four-and-a-half years after the commencement of this action, Plaintiff has still not identified which aspect of Defendants' source code he believes was negligently designed. Defendants' auto-liquidation system is the subject of this litigation. More than a year ago, Defendants made available a large volume of source code in satisfaction of this Court's prior direction, including the full code that deals with identifying positions to be liquidated.

Even after reviewing this source code, Plaintiff has not identified a pertinent flaw in Defendants' auto-liquidation system, and thus has decided that he needs more code. However, Plaintiff has not articulated what additional code he needs or why. In prior correspondence, Plaintiff has vaguely requested additional portions of the order-routing source code, yet such requests, to the extent they can even be understood, appear to seek code that is not relevant to the parties' claims or defenses in this litigation. Ostensibly, Plaintiff is seeking the entirety of Defendants' order-routing software, which is a proprietary and highly confidential system. Since Plaintiff has not identified the portion of the source code that he believes to be flawed, he has

---

[1] Pursuant to the Court's instruction, Defendants will provide the Court with the discovery correspondence referred to in Plaintiff's notice.

1

necessarily failed to demonstrate that additional order-routing source code—or any other portion of the source code—is relevant to and discoverable in this case.

Plaintiff also seeks to re-argue Judge Bryant's ruling about the measures necessary to ensure the confidentiality of Defendants' source code, so that Plaintiff's counsel and his experts can review the source code remotely over the internet. The parties litigated the scope of the source code protections, Defendants explained in detail the highly confidential nature of their source code and the efforts they take to maintain its confidentiality, and Judge Bryant ordered the parties to submit a protective order that complied with her ruling. *See* ECF No. 126. The resulting protective order requires Plaintiff's counsel and experts to review source code materials at the office of Defendants' counsel in Hartford on computers that have had their internet connections disabled. *See* ECF Nos. 127 & 136.

Defendants should not be required to compromise the restrictions necessary to protect their source code, the confidentiality of which is crucial to their business. Another court has recently agreed in an analogous case and has stayed a patent lawsuit rather than require the defendant to relocate its source code from the parties' agreed-upon location because of COVID-19. *Uniloc 2017 LLC v. Athenahealth, Inc.*, No. 1:19-cv-11278-RGS, ECF No. 60 (D. Mass. July 29, 2020). The court in *Uniloc* did not require the defendant to take even the risk of transporting its source code to a new location for offline review. The COVID-19 pandemic therefore provides no justification that would require Defendants in this case to take the much larger risk of making their source code available remotely through an online platform.

        **DEFENDANTS INTERACTIVE BROKERS LLC, INTERACTIVE BROKERS GROUP, INC., and THOMAS A. FRANK,**

        By: */s/ Gary J. Mennitt*

        Gary J. Mennitt (ct29948)

Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500
Fax: (212) 698-3599
E-mail: gary.mennitt@dechert.com

Thomas D. Goldberg (ct04386)
Andraya Pulaski Brunau (ct29715)
Matthew W. Austin (ct30947)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: tgoldberg@daypitney.com
Email: abrunau@daypitney.com
Email: maustin@daypitney.com

*Their Attorneys*

**CERTIFICATION**

I hereby certify that on August 31, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          */s/ Gary J. Mennitt*
          Gary J. Mennitt (CT29948)